# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00618-CR

**John Anders, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-99-0301-S, THE HONORABLE MARTIN (BROCK) JONES, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After three motions for an extension of time to file appellant's brief were granted by this Court, appellant's brief was due March 5, 2015. The brief has not been received and appellant's court-appointed attorney, John E. Sutton, did not respond to this Court's notice that the brief is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in these appeals. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental

clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 29, 2015.  *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered on this the 30th day of March, 2015.


Before Chief Justice Rose, Justices Goodwin and Field

Abated and Remanded

Filed:   March 30, 2015

Do Not Publish